UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICOLE LEE,

    Plaintiff,

v.

MARTIN TRANSPORTATION SYSTEMS, INC.,

    Defendant.

Case No. 21-cv-11855

Hon. Gershwin A. Drain

| | |
|---|---|
| Carla D. Aikens (P69530)<br>CARLA D. AIKENS, P.L.C.<br>Attorneys for Plaintiff<br>615 Griswold St., Ste. 709<br>Detroit, MI 48226<br>(844) 835-2993<br>(877) 454-1680 – fax<br>carla@aikenslawfirm.com | Courtney L. Nichols (P75160)<br>John Gilliam (P81421)<br>Attorneys for Defendant<br>PLUNKETT COONEY<br>38505 Woodward Ave., Ste. 100<br>Bloomfield Hills, MI 48304<br>(248) 594-6360<br>(248) 901-4040 – fax<br>cnichols@plunkettcooney.com<br>jgilliam@plunkettcooney.com |

## **STIPULATION FOR ORDER OF DISMISSAL OF DEFENDANT**

The parties hereto, by their respective counsel, hereby Stipulate and agree to the entry of the attached Order dismissing Plaintiff's action against Defendant, MARTIN TRANSPORTATION SYSTEMS, INC., with prejudice and without costs, interest or attorney fees to any party.

By: */s/ Carla D. Aikens (w/permission)*
Carla D. Aikens (P69530)
Attorney for Plaintiff

By: */s/ Courtney L. Nichols*
Courtney L. Nichols (P75160)
PLUNKETT COONEY
Attorney for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICOLE LEE,

    Plaintiff,

v.

MARTIN TRANSPORTATION
SYSTEMS, INC.,

    Defendant.

Case No. 21-cv-11855

Hon. Gershwin A. Drain

---

## ORDER OF DISMISSAL

Upon the reading and filing of the attached Stipulation and being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that Plaintiff's action against Defendant, MARTIN TRANSPORTATION SYSTEMS, INC., is dismissed with prejudice and without costs, interest or attorney fees to any party. The Court retains jurisdiction to enforce any settlement agreement between the parties.

This Order resolves the last pending claim and closes the case.

Dated: March 9, 2023

                                s/Gershwin A. Drain
                                U.S. DISTRICT COURT JUDGE

Open.28718.14142.30506127-1